1062

In the Matter of the Foreclosure of Tax Liens by COUNTY OF
SULLIVAN, Respondent. WITOLD MATEJKOWSKI, Appellant.

Decided September 12, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua
sponte, upon the ground that the order appealed from does not
finally determine the proceeding within the meaning of the
Constitution.

In the Matter of JAMES HOLMES, Respondent, v JANA WINTER,
Appellant.

Submitted September 9, 2013; decided September 12, 2013

Motion by Reporters Committee for the Freedom of the Press
et al. for leave to file a brief amici curiae on the appeal herein
granted and the proposed brief is accepted as filed. Two copies
of the brief must be served and nine copies filed within seven
days.

MATTHEW ISABELLA et al., Plaintiffs, and DORIS A. HALLOCK et
al., Third-Party Plaintiff-Respondents, v MICHAEL W.
KOUBEK, Third-Party Defendant-Appellant.

Decided September 12, 2013

Certification of question by the United States Court of Ap-
peals for the Second Circuit, pursuant to section 500.27 of the
Rules of Practice of the Court of Appeals (22 NYCRR 500.27),
accepted and the issues presented are to be considered after
briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ,
SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

NOREX PETROLEUM LIMITED, Appellant, v LEONARD BLAVATNIK
et al., Respondents.

Submitted June 17, 2013; decided September 12, 2013

Motion by Thomas D. Rowe, Jr., et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

NOREX PETROLEUM LIMITED, Appellant, v LEONARD BLAVATNIK et al., Respondents.

Submitted June 24, 2013; decided September 12, 2013

Motion by Jonathan R. Siegel for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRELL ALLEN, Appellant.

Submitted September 9, 2013; decided September 12, 2013

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARK GARRETT, Respondent.

Submitted September 9, 2013; decided September 12, 2013

Motion for assignment of counsel granted and Steven A. Feldman, Esq., 626 Reckson Plaza, West Tower, 6th Floor, Uniondale, New York 11556 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT GILES, Appellant.

Submitted September 3, 2013; decided September 12, 2013